ROSALYN STEWART, an Infant by Her Parent ROBERT STEWART, Appellant, and BARBARA STEWART et al., Respondents, v. LONG ISLAND COLLEGE HOSPITAL, Respondent-Appellant.—

Martuscello, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.